1  BRENDAN M. KUNKLE (Cal. State Bar No. 173292)
   JOHN M. SANFORD (Cal. State Bar No. 300421)
2  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   100 Stony Point Road, Suite 200
3  P.O. Box 1566
   Santa Rosa, California 95402-1566
4  Telephone: (707) 542-5050
   Facsimile: (707) 542-2589
5  bkunkle@abbeylaw.com
   jsanford@abbeylaw.com

Attorneys for Plaintiff Lance Hall

8  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
9  W. TUCKER PAGE (Cal. State Bar No. 306728)
   PAUL HASTINGS LLP
10 55 Second Street, 24th Floor
   San Francisco, California 94105
11 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
12 jeffwohl@paulhastings.com
   justinscott@paulhastings.com
13 tuckerpage@paulhastings.com

Attorneys for Defendant Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE HALL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RITE AID CORPORATION, et al.,<br><br>　　　　Defendants. | No. 3:16-cv-03504-WHA (JCS)<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Judge:　Hon. William Alsup<br>Dept.:　8<br><br>Complaint Filed:　May 24, 2016<br>Trial Date:　September 25, 2017 |

1 | Pursuant to the stipulation of the parties, and good cause appearing therefor,

2 | IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side
3 | to bear its own costs and attorneys' fees.

4 | Dated:   December 12, 2016   .

William Alsup
United States District Judge